UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV 14-2631 AG (FFM) | Date | February 12, 2015 |
|---|---|---|---|
| Title | TRACY LYNNE LAMBERT v. CAROLYN W. COLVIN, Acting Commissioner of Social Security | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None Present | None Present | |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY PROOF OF SERVICE WAS NOT TIMELY FILED**

The Court has reviewed its own files and records and notes plaintiff failed to timely submit a Proof of Service of Summons and Complaint by January 26, 2015, as required by the Court's Case Management Order.

Plaintiff is ordered to show cause in writing within 30 days of the date of this minute order why this matter should not be dismissed for failure to prosecute. A properly completed proof of service will be deemed sufficient compliance with this order.

|  | : |  |
|---|---|---|
| Initials of Preparer | JM | |