UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY LYNNE LAMBERT, | ) | No. EDCV 14-2631 FFM |
| | ) | |
| Plaintiff, | ) | **JUDGEMENT** |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

Dated: March 17, 2016

                                                    /S/FREDERICK F. MUMM
                                                    FREDERICK F. MUMM
                                          UNITED STATES MAGISTRATE JUDGE